UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| SHANE W. QUERRY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:10-CV-362 WL |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION & ORDER

Shane W. Querry, a *pro se* prisoner, filed this habeas corpus petition under 28 U.S.C. § 2254 seeking to challenge a prison disciplinary determination. (DE 1.) District courts are obligated to review a habeas petition and dismiss it if "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief. . . ." RULE 4 OF THE RULES GOVERNING SECTION 2254 CASES.

According to the petition, Querry was found guilty by a Disciplinary Hearing Body ("DHB") at Westville Correctional Facility of unauthorized possession, destruction, or alteration of state property. (DE 1 at 1.) As a sanction, the DHB ordered him to pay $749.00 in restitution. (*Id.*) Querry argues that his rights were violated in connection with the hearing. (*Id.* at 3-6.) However, because the restitution order imposed by the DHB did not lengthen the duration of Querry's confinement, he cannot challenge it in a habeas proceeding. *See Moran v. Sondalle*, 218 F.3d 647, 650 (7th Cir. 2000).

For the foregoing reasons, this habeas corpus petition is DISMISSED pursuant to RULE 4 OF THE RULES GOVERNING SECTION 2254 CASES.

SO ORDERED.

ENTERED: September 2, 2010

 s/William C. Lee  
William C. Lee, Judge  
United States District Court